

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

No. 04-19-00483-CR & 04-19-00486-CR

Vinay Yadav,
Appellant

v.

The State of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 601415, 601414
Honorable Melissa Vara, Judge Presiding

# O R D E R

Appellant has filed a motion to consolidate appeal numbers 04-19-00483-CR and 04-19-00486-CR, stating the two underlying causes were consolidated by the trial court. It appears from information accessible to this court that the two underlying causes were tried in one proceeding. It is therefore ORDERED that the motion to consolidate is GRANTED IN PART. The parties shall file all motions, briefs, and other documents as if the two appeals were one appeal, but shall include both appeal numbers in the style of the filed document. *See* TEX. R. APP. P. 9.3(a). A separate record for each appeal shall be filed no later than September 6, 2019, and the records shall remain separated. The court may dispose of both appeals with the same judgment, opinion, and mandate.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court